```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 07 B 20258
   LANARD RUCKER
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-6245

-------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     The case was filed on 10/31/2007 and was not confirmed.

     The case was dismissed without confirmation 12/19/2007.
-------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID          PAID
-------------------------------------------------------------------------
PHH MORTGAGE SERVICES    CURRENT MORTG         .00          .00           .00
PHH MORTGAGE SERVICES    SECURED NOT I     48314.56         .00           .00
PRO SE DEBTOR            DEBTOR ATTY           .00                        .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                        --------------       --------------
TOTALS                      .00                      .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 03/27/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```